

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2020

No. 04-20-00226-CV

Abelardo G. **GONZALEZ**, Individually and as Next Friend of M.A.G. and Z.A.G.,
Appellant

v.

Alberto J. **GONZALEZ**, Sergio R. Gonzalez, Rosalinda Gonzalez, and Diana Gonzalez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001007D3
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The appellees' briefs were due December 6, 2020; however, neither the briefs nor motions for extension of time have been filed.

We **order** Alberto J. Gonzalez, Sergio R. Gonzalez, Rosalinda Gonzalez, and Diana Gonzalez to file, **by January 4, 2021**, their appellees' briefs and written responses reasonably explaining their failure to timely file the briefs. If the briefs are not filed by the date ordered, we may submit the case without appellees' briefs.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2020.

_MICHAEL A. CRUZ, Clerk of Court_